UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. HUNTER, aka SHEIK AARON HUNTER-EL, ) ) ) | No. CV 13-6012-ODW (AGR) |
| Petitioner, ) ) | JUDGMENT |
| v. ) ) | |
| CAPTAIN ZODWIN, ) ) | |
| Respondent. ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: August 22, 2013

OTIS D. WRIGHT II
United States District Judge